UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>           Plaintiff,<br><br>      vs.<br><br>ALLENBY, et al.,<br><br>           Defendants. | 1:14-cv-01111-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO OPEN DISCOVERY (Doc. 6.) |

**I.     BACKGROUND**

Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 16, 2014. (Doc. 1.) The Complaint awaits the court's requisite screening under 28 U.S.C. § 1915A.

On July 31, 2014, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On October 17, 2014, Plaintiff filed a request to open discovery in this action. (Doc. 17.)

## II. DISCOVERY

Plaintiff seeks a court order commencing discovery in this action. Plaintiff asserts that he filed the Complaint for this action two and a half years ago.

Plaintiff filed the Complaint for this action less than four months ago. At this stage of the proceedings, Plaintiff's Complaint awaits the court's requisite screening process. Service of process shall not be initiated until the court has screened the Complaint and finds that Plaintiff states cognizable claims. Therefore, it is not time for discovery in this action, and Plaintiff's request to open discovery at this stage of the proceedings shall be denied.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request to open discovery, filed on October 17, 2014, is DENIED.

IT IS SO ORDERED.

Dated:  **October 31, 2014**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE